UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | | |
|---|---|---|
| JOHN WRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL NO. 4:10CV00035TLS-APR |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER, SOCIAL | ) | |
| SECURITY | ) | |
| | ) | |
| Defendant. | ) | |

# REPORT AND RECOMMENDATION

This matter is before the court on the Petition for Attorney Fees Under the Equal Justice Act [DE 38] filed by the plaintiff, John Wright, on July 1, 2011. In light of the lack of objection expressed by the government, it is **RECOMMENDED** that the petition is GRANTED, awarding attorney fees in the amount requested, $6,068.27.

ENTERED this 1st day of September, 2011

/s/ ANDREW P. RODOVICH
UNITED STATES MAGISTRATE JUDGE