UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN WRIGHT            )<br>                               )<br>    Plaintiff,              )<br>                               )<br>    v.                         )<br>                               )<br>COMMISSIONER OF SOCIAL      )<br>SECURITY, sued as Michael J. Astrue   )<br>                               )<br>    Defendant.             ) | CAUSE NO.: 4:10-CV-35-TLS |

**ORDER**

This matter is before the Court on the Plaintiff's Petition for Attorney Fees under the Equal Access to Justice Act [ECF No. 38], filed on July 7, 2011. On September 1, 2011, Magistrate Judge Andrew P. Rodovich issued the Report and Recommendations [ECF No. 40] recommending to the Court that in light of the lack of objection expressed by the Government, attorney fees should be awarded as requested in the amount of $6,068.27.

The Court, being duly advised, ACCEPTS Magistrate Andrew P. Rodovich's recommendation and GRANTS the Plaintiff's Petition [ECF No. 38], awarding $6,068.27 in attorney fees to attorney C. David Little.

SO ORDERED on December 7, 2011.

                                           s/ Theresa L. Springmann
                                           THERESA L. SPRINGMANN
                                           UNITED STATES DISTRICT COURT
                                           FORT WAYNE DIVISION