# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JOHN WRIGHT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO.: 4:10-CV-35-TLS |
| ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, sued as Michael J. Astrue ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter is before the Court on the Plaintiff's Petition for Attorney Fees under the Equal Access to Justice Act [ECF No. 38], filed on July 7, 2011. On September 1, 2011, Magistrate Judge Andrew P. Rodovich issued the Report and Recommendations [ECF No. 40] recommending to the Court that in light of the lack of objection expressed by the Government, attorney fees should be awarded as requested in the amount of $6,068.27.

The Court, being duly advised, ACCEPTS Magistrate Andrew P. Rodovich's recommendation and GRANTS the Plaintiff's Petition [ECF No. 38], awarding $6,068.27 in attorney fees to attorney C. David Little.

SO ORDERED on December 7, 2011.

         s/ Theresa L. Springmann
         THERESA L. SPRINGMANN
         UNITED STATES DISTRICT COURT
         FORT WAYNE DIVISION