UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| JOHN WRIGHT, **Plaintiff,** | ) ) ) | |
| v. | ) ) | Civil Action No. 4:10-CV-35 |
| CAROLYN COLVIN[1], COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, **Defendant.** | ) ) ) ) ) ) | |

**REPORT AND RECOMMENDATION**

This matter is before the Court on the Order referring the Motion for Attorney's Fees Under the Equal Access to Justice Act to the Magistrate for preparation of a Report and Recommendation. The court, noting the lack of response in opposition and finding the amount requested to be reasonable, hereby **RECOMMENDS** that the plaintiff's motion be **GRANTED** and that the plaintiff be awarded $6,441.03 in fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This award shall satisfy all of the plaintiff's claims under EAJA.

ENTERED this 21st day of August, 2013

/s/ Andrew P. Rodovich
United States Magistrate Judge

---

[1] On February 14, 2013, Carolyn W. Colvin became the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Carolyn W. Colvin is automatically substituted for Michael J. Astrue as the named Defendant.